AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations Sheet 1

Case 1:22-cr-00103   Document 42   Filed on 06/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Brownsville

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RICARDO CABRERA-MURRIETA** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>**CASE NUMBER: 1:22CR00103-001**<br>**USM NUMBER: 90453-479**<br><br>Nathan Samuel Janis, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Mandatory and Special</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: You must not commit another federal, state or local crime. | 01/29/2025 |
| 2 | Special Condition: Shall not re-enter the United States illegally. | 01/29/2025 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: None<br>Defendant's Date of Birth: XX/XX/2001<br><br>City and State of Defendant's Residence:<br>Matamoros, Tamaulipas, Mexico | June 10, 2025<br>Date of Imposition of Judgment<br><br>*Fernando Rodriguez, Jr.*<br>Signature of Judge<br><br>**FERNANDO RODRIGUEZ, JR.**<br>**UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge<br><br>June 12, 2025<br>Date |

DEFENDANT: **RICARDO CABRERA-MURRIETA**
CASE NUMBER: **1:22CR00103-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 6 months.

The imprisonment term imposed by this judgment shall run consecutively to the imprisonment term imposed in Docket Number 1:25CR00123-001.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL